## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  21-20047-CIV-ALTONAGA

**WINDY LUCIUS**,

     Plaintiff,

v.

**STELLA MCCARTNERY
AMERICA, INC.**,

     Defendant.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Settlement [ECF No. 6],

filed on January 19, 2021.  The Court having carefully reviewed the file, and being otherwise

fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The above-styled action is administratively **CLOSED** without prejudice to the parties

to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2.  If the parties fail to complete the expected settlement, either party may request the

Court to reopen the case.

3.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending

motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 19th day of January, 2021.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record