UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-20047-CMA

WINDY LUCIUS,

    Plaintiff,

v.

STELLA MCCARTNEY AMERICA, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant STELLA MCCARTNEY AMERICA, INC., Plaintiff WINDY LUCIUS hereby gives notice that she voluntarily dismisses all claims against Defendant with prejudice, and requests that this Court terminate the action.

Dated: March 4, 2021                    Respectfully submitted,

                                              */s/ J. Courtney Cunningham*
                                              J. Courtney Cunningham, Esq.
                                              J. COURTNEY CUNNINGHAM, PLLC
                                              FBN: 628166
                                              8950 SW 74th Court, Suite 2201
                                              Miami, FL 33156
                                              T: 305-351-2014
                                              cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                              */s/ J. Courtney Cunningham*
                                              J. Courtney Cunningham, Esq.